Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–28008–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Herminio Zepeda
  8 Baldwin Drive
  Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–5434

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on January 23, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 32 – 31
Order Granting Application To Allow Attorney Angela L. Baglanzis, Esq. as Special Counsel to Appear Pro Hac Vice (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 1/23/2017. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 23, 2017
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-28008-JNP
Herminio Zepeda                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin          Page 1 of 1         Date Rcvd: Jan 23, 2017
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2017.
aty             +Angela L Baglanzis,   Obermayer Rebmann Maxwell & Hippel,   200 Lake Drive East,   Suite 110,
                  Cherry Hill, NJ 08002-1171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Edmond M. George    on behalf of Debtor Herminio  Zepeda edmond.george@obermayer.com,
       angela.baglanzis@obermayer.com;njbkr@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@obermayer.com;Charles.Golden@obermayer.com;Lucille.acello@obermayer.com;stacie.fetrow@obermayer.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.
       nj.bkecf@fedphe.com
      R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                           TOTAL: 6