# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: Herminio Zepeda

Debtor(s)

Case No.: 16-28008-JNP
Judge: Jerrold J. Poslusny, Jr.
Chapter: 13

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: February 28, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1: Payment and Length of Plan

a. The Debtor shall pay __60.00 monthly__ to the Chapter 13 Trustee, starting on __November 1, 2016__ for approximately __60__ months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☑ Other sources of funding (describe source, amount and date when funds are available):
       Family members

   c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
Description:
Proposed date for completion: _____

- ☑ Refinance of real property
Description: The Additional Funding required to be paid in this Chapter 13 Plan shall be derived from the Debtor's refinance of his primary residence. The timing of the refinance shall be such as the Debtor deems appropriate based on the terms of available financing.
Proposed date for completion:  11/2021

- ☐ Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: _____

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Obermayer Rebmann Maxwell & Hippel LLP | Attorney Fees | $2,500.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bayview Loan Servicing LLC | 8 Bladwin Drive Sicklerville NJ 08081 | 0.00 | 0.00 | 0.00 | $2,195.46 |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section

1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| -NONE- |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

_____   Not less than $____ to be distributed *pro rata*

_____   Not less than ___ percent

__X__   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| A. Bisicchia | Lease Commercial Property | Assumed |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Part 7: Motions

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims

4

| 3) | Secured Claims |
|---|---|
| 4) | Lease Arrearages |
| 5) | Priority Claims |
| 6) | General Unsecured Claims |

**d. Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: October 21, 2016.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| Resolution of objection to the Plan | Treatment of Creditors |
| Are Schedules I and J being filed simultaneously with this modified Plan? | ☑ Yes    ☐ No |

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date March 1, 2017

Edmond M. George, Esq. 038771988
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 28, 2017

Herminio Zepeda
Debtor

Date: _____

Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-28008-JNP
Herminio Zepeda                                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Mar 07, 2017
                              Form ID: pdf901            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db              +Herminio Zepeda,    8 Baldwin Drive,    Sicklerville, NJ 08081-4438
aty             +Angela L Baglanzis,    Obermayer Rebmann Maxwell & Hippel,    200 Lake Drive East,    Suite 110,
                  Cherry Hill, NJ 08002-1171
cr              +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                  Mt. Laurel, NJ 08054-3437
516457708       +A. Bisicchia,   1530 Washington Ave,    Philadelphia, PA 19146-3115
516405294       +Anthony Bisicchia,    1528 Washington Avenue,    Philadelphia, PA 19146-3115
516457709        Apex Asset Management,    2501 Oregon Pike,    Suite 102,   Lancaster, PA 17601-4890
516489587       +Bayview Loan Servicing LLC,    C/o McCalla Rymer Pierce, LLC,    1544 Old Alabama Rd,
                  Roswell, GA 30076-2102
516611423        Bayview Loan Servicing, LLC,    M&T Bank,    PO Box 840,   Buffalo, NY 14240-0840
516546472       +CALIBER HOME LOANS, INC.,    13801 Wireless Way,    Oklahoma City OK 73134-2500
516457711        Delaware Valley Urology LLC,    P.O. Box 1029,    Mount Laurel, NJ 08054-7029
516609092        Emergency Physicians Associates of South Jersey,PC,    PO Box 1123,    Minneapolis MN 55440-1123
516457713        HHRG,   P.O. Box 5406,   Cincinnati, OH 45273-7942
516457712        Healthcare Financial Services, LLC,    3585 Ridge Park Drive,    Akron, OH 44333-8203
516457714        Jefferson University Hospital,    P.O. BOx 8500-310,    Philadelphia, PA 19178-3100
516405293        Kennedy Medical Group Practice, P.C.,    PO Box 95000,    CL# 4570,    Philadelphia, PA 19195-0001
516457715        Kennedy University Hospital,    P.O. Box 48023,    Newark, NJ 07101-4823
516457716        Lordes Cardiology Services,    P.O. Box 824699,    Philadelphia, PA 19182-4699
516405292        Lourdes Cardiology Services, P.C.,    PO Box 824699,    Philadelphia, PA 19182-4699
516457718        ProCo,    P.O. Box 2462,   Aston, PA 19014-0462
516457719        Radiology Associates of New Jersey,    28075 Network Place,    Chicago, IL 60673-1280
516457720        Rancacas Anesthesiology,    P.O. Box 4603,    Lancaster, PA 17604-4603
516405291       +Rancocas Anesthesiology,    P.O. Box 4640,    Rutherford, NJ 07070-0464
516405288       +Robert E. Smithson, Jr., Esquire,    Fein, Such, Kahn & Shepard, P.C.,
                  7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516457721        The Hospital of the University of PA,    P.O. Box 824336,    Philadelphia, PA 19182-4336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2017 23:44:58      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2017 23:44:56      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516405290       +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 07 2017 23:44:17      AllianceOne,
                  4850 Street Road, Suite 300,    Trevose, PA 19053-6643
516405289       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 07 2017 23:45:20
                  Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                  Coral Gables, FL 33146-1837
516457717        E-mail/Text: camanagement@mtb.com Mar 07 2017 23:44:48     M&T Bank,    P.O. Box 62182,
                  Baltimore, MD 21254-2182
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516457710*      +Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd,    5th Floor,
                  Coral Gables, FL 33146-1837
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 07, 2017
                              Form ID: pdf901          Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Edmond M. George    on behalf of Debtor Herminio  Zepeda edmond.george@obermayer.com,
           angela.baglanzis@obermayer.com;njbkr@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@ob
           ermayer.com;Charles.Golden@obermayer.com;Lucille.acello@obermayer.com;stacie.fetrow@obermayer.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.
           nj.bkecf@fedphe.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                                TOTAL: 6