| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br><br>Herminio Zepeda | Case No.: 16-28008<br>Chapter: 13<br>Judge: JNP |

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: Herminio Zepeda

This will confirm that on 5/23/2017 the following document(s) was filed by you.

☒ Amendment to Schedule(s) D, E/F ,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 5/30/2017                                        Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 16-28008-JNP
Herminio Zepeda    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 30, 2017
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
db        +Herminio Zepeda,    8 Baldwin Drive,    Sicklerville, NJ 08081-4438
aty       +Angela L Baglanzis,    Obermayer Rebmann Maxwell & Hippel,    200 Lake Drive East,    Suite 110,
            Cherry Hill, NJ 08002-1171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Edmond M. George    on behalf of Debtor Herminio  Zepeda edmond.george@obermayer.com,
         angela.baglanzis@obermayer.com;njbkr@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@ob
         ermayer.com;Lucille.acello@obermayer.com;elizabeth.o'connell@obermayer.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.
         nj.bkecf@fedphe.com
        R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                                                                      TOTAL: 7