DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

**Order Filed on June 27, 2017 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

HERMINIO ZEPEDA

Debtor.

Case No.:   16-28008-JNP

Judge:   Hon. Jerrold N. Poslusny, Jr.

Chapter:   13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

**The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.**

**DATED: June 27, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Michael E Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

HERMINIO ZEPEDA

Debtor.

Case No.:  16-28008-JNP

Judge:  Hon. Jerrold N. Poslusny, Jr.

Chapter:  13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

WHEREAS, Bayview Loan Servicing, LLC (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor shall pay the post-petition default of $20,364.12 (Representing post-petition payments for the months of October 1, 2016 through June 1, 2017), by making a payment in the amount of $13,774.74 to be received by the Creditor no later than June 30, 2017. The remaining post-petition default in the amount of $6,586.38 shall be made while continuing regular monthly payments, by a series of payments to the creditor as follows:

(1) Debtor shall make one payment in the amount of $3,293.19 to the creditor no later than July 15, 2017;

(2) Debtor shall make one payment in the amount of $3,293.19 to the creditor no later than August 10, 2017;

(3) Debtor shall make one payment in the amount of $3,293.19 to the creditor no later than

September 5, 2017;

(4) Debtor shall make one payment in the amount of $3,293.19 to the creditor no later than October 1, 2017;

(5) Debtor shall make one payment in the amount of $3,293.19 to the creditor no later than November 1, 2017;

(6) Debtor shall make one payment in the amount of $3,293.19 to the creditor no later than December 1, 2017;

2. That the debtor will continue to make the regular monthly payments pursuant to the terms of the Note and Mortgage in a timely fashion commencing with the payment due on or before January 1, 2018.

3. In the event debtor fails to make any payment called for in this Consent Order thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

---

Michael E Blaine, Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Date: June 27, 2017

Angela L Baglanzis, Esq.
Attorney for Debtor
Obermayer Rebmann Maxwell & Hippel
200 Lake Drive East, Suite 110
Cherry Hill, New Jersey 08002

Date: June 26, 2017