Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                Case No.: 16−28008−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Herminio Zepeda
    8 Baldwin Drive
    Sicklerville, NJ 08081

Social Security No.:
    xxx−xx−5434

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/19/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 19, 2017
JAN: cmf

                                                                                           Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-28008-JNP
Herminio Zepeda                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jul 19, 2017
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
```
db             +Herminio Zepeda,    8 Baldwin Drive,    Sicklerville, NJ 08081-4438
aty            +Angela L Baglanzis,    Obermayer Rebmann Maxwell & Hippel,    200 Lake Drive East,    Suite 110,
                 Cherry Hill, NJ 08002-1171
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516457708      +A. Bisicchia,    1530 Washington Ave,    Philadelphia, PA 19146-3115
516405294      +Anthony Bisicchia,    1528 Washington Avenue,    Philadelphia, PA 19146-3115
516457709       Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516489587      +Bayview Loan Servicing LLC,    C/o McCalla Rymer Pierce, LLC,    1544 Old Alabama Rd,
                 Roswell, GA 30076-2102
516611423       Bayview Loan Servicing, LLC,    M&T Bank,   PO Box 840,    Buffalo, NY 14240-0840
516457711       Delaware Valley Urology LLC,    P.O. Box 1029,    Mount Laurel, NJ 08054-7029
516609092       Emergency Physicians Associates of South Jersey,PC,    PO Box 1123,    Minneapolis MN 55440-1123
516457713       HHRG,    P.O. Box 5406,    Cincinnati, OH 45273-7942
516457712       Healthcare Financial Services, LLC,    3585 Ridge Park Drive,    Akron, OH 44333-8203
516457714       Jefferson University Hospital,    P.O. BOx 8500-310,    Philadelphia, PA 19178-3100
516405293       Kennedy Medical Group Practice, P.C.,    PO Box 95000,    CL# 4570,    Philadelphia, PA 19195-0001
516457715       Kennedy University Hospital,    P.O. Box 48023,    Newark, NJ 07101-4823
516457716       Lordes Cardiology Services,    P.O. Box 824699,    Philadelphia, PA 19182-4699
516405292       Lourdes Cardiology Services, P.C.,    PO Box 824699,    Philadelphia, PA 19182-4699
516457718       ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
516457719       Radiology Associates of New Jersey,    28075 Network Place,    Chicago, IL 60673-1280
516457720       Rancacas Anesthesiology,    P.O. Box 4603,    Lancaster, PA 17604-4603
516405291      +Rancocas Anesthesiology,    P.O. Box 4640,    Rutherford, NJ 07070-0464
516405288      +Robert E. Smithson, Jr., Esquire,    Fein, Such, Kahn & Shepard, P.C.,
                 7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516457721       The Hospital of the University of PA,    P.O. Box 824336,    Philadelphia, PA 19182-4336
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2017 22:54:53      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2017 22:54:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516405290      +EDI: ALLIANCEONE.COM Jul 19 2017 22:28:00      AllianceOne,    4850 Street Road, Suite 300,
                 Trevose, PA 19053-6643
516405289      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 19 2017 22:55:15
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
516546472      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 19 2017 22:55:49      CALIBER HOME LOANS, INC.,
                 13801 Wireless Way,    Oklahoma City OK 73134-2500
516457717       E-mail/Text: camanagement@mtb.com Jul 19 2017 22:54:37      M&T Bank,   P.O. Box 62182,
                 Baltimore, MD 21254-2182
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516457710*     +Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd,    5th Floor,
                 Coral Gables, FL 33146-1837
                                                                                    TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin                    Page 2 of 2                  Date Rcvd: Jul 19, 2017
                                  Form ID: 148                   Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edmond M. George    on behalf of Debtor Herminio  Zepeda edmond.george@obermayer.com,
               angela.baglanzis@obermayer.com;njbkr@obermayer.com;michael.vagnoni@obermayer.com;michele.emory@ob
               ermayer.com;Lucille.acello@obermayer.com;elizabeth.o'connell@obermayer.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Michael E. Blaine    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Michael Frederick Dingerdissen    on behalf of Creditor    CALIBER HOME LOANS, INC.
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                              TOTAL: 10
```